UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BONIFACE BOATENG,

        Plaintiff,

v.                                                                                           Case No. 05-74806
                                                                                      HON. MARIANNE O. BATTANI

COUNTRYWIDE HOME LOANS, INC., and
STANFORD L. KURLAND,

        Defendants.
_____/

## ORDER DISMISSING PLAINTIFF'S DECEMBER 20, 2005, COMPLAINT

Plaintiff, Boniface: Boateng, a natural person, purports to represent the corporate entity BONIFACE BOATENG *pro se*. Boniface: Boateng is not licensed to practice law in any jurisdiction. 28 U.S.C. § 1654 states that "in all courts of the United States the parties may plead and conduct their own cases personally or by counsel." However, this does not allow an individual to appear *pro se* - "for oneself" - on behalf of others. It is well settled law that a non-natural person, i.e., an "artificial entity," may not appear in the courts of the United States other than through an attorney. See, e.g. Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201- 202 (1993). Therefore, the Court hereby **DISMISSES** Plaintiff's December 20, 2005, Complaint.

      **IT IS SO ORDERED.**

                                                               s/Marianne O. Battani
                                                               MARIANNE O. BATTANI
                                                               UNITED STATES DISTRICT JUDGE

DATED:    January 5, 2006

**CERTIFICATE OF SERVICE**

Copies of this Order were mailed to Boniface: Boateng on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt<br>DEPUTY CLERK